

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Michael Allan Dodson,

\* From the 104th District
Court of Taylor County,
Trial Court No. 19110B.

Vs. No. 11-14-00223-CR

\* August 25, 2016

The State of Texas,

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.